```
 1  Kirk Trompeter  007516
    **TROMPETER, SCHIFFMAN, PETROVITS,**
 2  **FRIEDMAN & HULSE, L.L.P.**
    10801 N. 32nd Street, Suite 5
 3  Phoenix, Arizona  85028
    kirk.trompeter@azbar.org
 4  (602) 996-7971

 5  Attorneys for Debtors
```

|  |  |
|---|---|
| 6 | IN THE UNITED STATES BANKRUPTCY COURT |
| 7 | FOR THE DISTRICT OF ARIZONA |

| | |
|---|---|
| In re: | Chapter 13 |
| JAMES WALLACE WASHBURN III and MARY CHERE WASHBURN, | No. 2:09-bk-28014 |
| (SSN XXX-XX-7101) (JSSN XXX-XX-4852) | NOTICE OF OBJECTION TO CLAIM OF CITIBANK, N.A. AS TRUSTEE (CLAIM NO. 8) |
| Address:  17420 N. 27th St. Phoenix, AZ  85032 | |
| Debtors. | |

NOTICE IS HEREBY GIVEN that the Debtors, James and Mary Washburn, filed an Objection to Claim of Citibank, N.A. as Trustee (Claim No. 8).  A copy of the Objection is being served with this Notice.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3007-1, claimant has 14 days from service of the Objection to file and serve a response to the Objection.  If a timely response is not filed with the Court and a copy served on the Debtors' attorney, whose address is:

> Kirk Trompeter
> Trompeter, Schiffman, et al.
> 10801 N. 32nd Street, Suite 5
> Phoenix, AZ  85028

and the Trustee, whose address is:

1  |  Russell A. Brown
       3838 N. Central Ave., Ste. 800
2  |  Phoenix, AZ  85012-1965

3  the Objection may be sustained by the Court without further notice

4  or hearing.  If a response is timely filed and served, the Debtors

5  will request a hearing from the Court.

6  |  DATED this 6th day of July, 2010.

7  |  TROMPETER, SCHIFFMAN, PETROVITS,
      FRIEDMAN & HULSE, L.L.P.
8

9
   |  By /s/ K.T. #007516
10 |     Kirk Trompeter
         Attorneys for Debtors
11

12 Copies of the foregoing mailed
   this 6th day of July, 2010, to:
13
   Mark S. Bosco
14 Leonard J. McDonald
   Tiffany & Bosco
15 2525 E. Camelback Rd., Ste. 300
   Phoenix, AZ  85016
16 Attorneys for Citibank

17 EMC Mortgage Corporation
   2780 Lake Vista Drive
18 Lewisville, TX  75067

19 Russell A. Brown
   3838 N. Central Ave., Ste. 800
20 Phoenix, AZ  85012-1965
   Trustee
21

22
    /s/ Elizabeth McGee
23

24

25

26

27

28