**ORDERED ACCORDINGLY.**

**Dated: August 11, 2010**



_/s/ George B. Nielsen_
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

---

Kirk Trompeter  007516
**TROMPETER, SCHIFFMAN, PETROVITS,
FRIEDMAN & HULSE, L.L.P.**
10801 N. 32nd Street, Suite 5
Phoenix, Arizona  85028
kirk.trompeter@azbar.org
(602) 996-7971

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| JAMES WALLACE WASHBURN III and MARY CHERE WASHBURN, | No. 2:09-bk-28014 |
| (SSN XXX-XX-7101)<br>(JSSN XXX-XX-4852) | ORDER SUSTAINING OBJECTION TO CLAIM OF CITIBANK, N.A. AS TRUSTEE (CLAIM NO. 8) |
| Address:  17420 N. 27th St.<br>Phoenix, AZ  85032 | |
| Debtors. | |

The Debtors having filed an Objection to Claim of Citibank, N.A. as Trustee (Claim No. 8), and notice having been given as required by law, and no timely response having been filed and served,

IT IS HEREBY ORDERED disallowing the claim of Citibank, N.A. as Trustee (claim number 8).

Dated: _____.

_____
UNITED STATES BANKRUPTCY JUDGE